UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARCOSQUARED, LLC, MARCO
MORANTE, and CHRISTOPHER
PSAILA,

      Plaintiffs,

v.                                          Case No: 8:25-cv-3146-CEH-LSG

JAMES L. WILKES, II,

      Defendant.

## NOTICE OF RELATED ACTIONS

Under Local Rule 1.07(c), "lead counsel has a continuing duty to file promptly a "Notice of Related Action" identifying and describing any related action – either pending or closed – in the Middle District or elsewhere."

Counsel must also inform the Court about any related cases previously filed with any court or administrative agency. And counsel and unrepresented parties have a continuing duty to promptly inform the Court of any newly filed similar or successive cases by filing an Amended Notice.

Therefore, I certify that the above-captioned case:

☒      **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:

*In Re Girardi Keese*, Case No. 20-bk-21022 in the Bankruptcy Court for the Central District of California. <u>Pending.</u>

*Miller, Trustee v. Erika Girardi*, Case No. 21-ap-01155 in the Bankruptcy Court for the Central District of California. <u>Pending.</u>

*In Re Tom Girardi*, Case No. 20-bk-21020 in the Bankruptcy Court for the Central

District of California. <u>Pending</u>.

*Miller, Trustee v. Erika Girardi,* Case No. 25-cv-01038 in the U.S. District Court for the Central District of California, Los Angeles Division. <u>Pending</u>.

*Psaila v. Girardi, et al.*, Case No. 23-cv-07120 in the U.S. District Court for the Central District of California, Los Angeles Division. <u>Pending</u>.

*Morante v. Giradi, et al.,* Case No. 2024-CA-015118-01 in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida. <u>Pending.</u>

These cases are related to the above captioned case because Defendant James L. Wilkes II is either representing Erika Jayne Girardi (and others) in those actions, hired attorneys to represent Erika Jayne Girardi, is paying for Ms. Girardi's defense, and is directing the litigation as an attorney would, or both. Further, Plaintiffs are directly interested in the cases, or the outcomes of the cases, in which Plaintiffs allege that Defendant Wilkes is obstructing and abusing the processes of law.

On information and belief, Defendant Wilkes is involved on Ms. Girardi's behalf in other matters and cases not yet known to Plaintiffs. Thus, Plaintiffs understand their duty to supplement this document as related actions become known to them.

Done on 11 December 2025.

| Respectfully submitted,<br><br>**WILLIAMS & SYFRETT, PLLC.**<br>/s/ Stephen Syfrett<br>STEPHEN SYFRETT, ESQ.<br>FL BAR NO.: 124536<br>502 Harmon Avenue (32401)<br>Panama City, Florida<br>(850) 763-5368 (telephone)<br>Stephen@wsgfirm.com<br>*Counsel for Plaintiffs* | Joined by:<br>BRUCE BERNARD BEALKE<br>Illinois SBN 6200543<br>77 West Wacker Drive, St. 45001<br>Chicago, IL, 60601<br>(312) 216-7177<br>Bealkelaw@protonmail.com<br>*(Lead Co-Counsel for Plaintiffs, pending admission Pro Hac Vice)* |
|---|---|

2