UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARCOSQUARED, LLC, MARCO MORANTE, and CHRISTOPHER PSAILA,

    Plaintiffs,

v.

JAMES L. WILKES, II,

    Defendant.

Case No: 8:25-cv-3146-CEH-LSG

## NOTICE OF LEAD COUNSEL

Under Local Rule 2.02 (a), parties must designate only one lead counsel, unless they change lead counsel by filing a Notice. Here, Attorney Bruce Bealke is designated lead counsel and will fully assume that role upon admittance pro hac vice upon this Court's granting his Motion for Special Admission which has been filed and is before the Court.

Done on 11 December 2025.

| Respectfully submitted, | Joined by: |
|---|---|
| **WILLIAMS & SYFRETT, PLLC.**<br>/s/ Stephen Syfrett<br>STEPHEN SYFRETT, ESQ.<br>FL BAR NO.: 124536<br>502 Harmon Avenue (32401)<br>Panama City, Florida<br>(850) 763-5368 (telephone)<br>Stephen@wsgfirm.com<br>*Counsel for Plaintiffs* | BRUCE BERNARD BEALKE<br>Illinois SBN 6200543<br>77 West Wacker Drive, St. 45001<br>Chicago, IL, 60601<br>(312) 216-7177<br>Bealkelaw@protonmail.com<br>*(Lead Co-Counsel for Plaintiffs, pending admission Pro Hac Vice)* |