UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARCOSQUARED, LLC, MARCO
MORANTE, and CHRISTOPHER
PSAILA,

      Plaintiffs,

v.                                                                                          Case No: 8:25-cv-3146-CEH-LSG

JAMES L. WILKES, II,

      Defendant.

_____

## MOTION FOR SPECIAL ADMISSION

      BRUCE BERNARD BEALKE, Esquire, moves for special admission to represent Plaintiffs in this action. In support of my Motion, I affirm:

      1.    I am not a member in good standing of The Florida Bar.

      2.    I am a member in good standing of a United States District Court; specifically, the United States District Court for the Central District of Illinois.

      3.    I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have initially appeared in the last thirty-six months in one case in state court in Florida: *Morante v. Giradi, et al.,* Case No. 2024-CA-015118-01 in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida. I have not appeared in any federal case in Florida.

      4.    I will comply with the federal rules and this Court's local rules. I am familiar with 28 U.S.C. § 1927, which provides:

> Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally

the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

5.  I have paid the fee for special admission or will pay the fee upon special admission.

6.  I will register with the Court's CM/ECF system.

7.  I affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

Respectfully submitted on 15 December 2025.

**WILLIAMS & SYFRETT, PLLC.**
STEPHEN SYFRETT, ESQ.
FL BAR NO.: 124536
502 Harmon Avenue (32401)
Panama City, Florida
(850) 763-5368 (telephone)
Stephen@wsgfirm.com
*Counsel for Plaintiffs*

Filed by:
*Bruce Bernard Bealke*
BRUCE BERNARD BEALKE
Illinois SBN 6200543
77 West Wacker Drive, St. 45001
Chicago, IL, 60601
(312) 216-7177
Bealkelaw@protonmail.com
*(Lead Co-Counsel for Plaintiffs, pending admission Pro Hac Vice)*

## Local Rule 3.01(g) Certification

I have called and emailed the opposing party on 11 December 2015, but so far Defendant has been unavailable.  I will continue my efforts to contact Defendant to and including 15 December 2025 and will file a written statement certifying Defendant's position or that Defendant remains unavailable. and represent the opposing party click to insert opposing party's position to my special admission.

*Bruce Bernard Bealke*
Bruce Bernard Bealke

2