IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE
DISTRICT OF FLORIDA- TAMPA DIVISION

MARCOSQUARED, LLC;
MARCO MORANTE; and
CHRISTOPHER PSAILA,   **Case No.: 8:25-cv-3146-CEH-LSG**

    Plaintiffs,
vs.

JAMES L. WILKES, II,

    Defendant.
_____/

## DEFENDANT, JAMES L. WILKES, II, MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendant, JAMES L. WILKES, II, through his undersigned counsel and pursuant to Local Rule 3.01, respectfully submits this Motion for Extension of Time to Respond to Complaint, and in support thereof states as follows:

1. Plaintiffs, MARCOSQUARED, LLC, MARCO MORANTE, and CHRISTOPHER PSAILA, commenced this action on November 14, 2025 by filing their Complaint. Defendant was served with a summons and a copy of the Complaint on January 26, 2026.

2. Defendant's deadline to respond to the Complaint is February 17, 2026.

3. Federal Rule of Civil Procedure 6(b)(1)(A) states that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extended the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires …"

4. Due to counsel's recent retention, Defendant requires additional time beyond February 17, 2026, to complete and file his response.

1

5. On February 10, 2026, the undersigned counsel for Defendant conferred with counsel for Plaintiffs concerning a proposed extension of time, up to and including March 19, 2026, for Defendant to file his responsive pleadings to the Complaint. Plaintiff's counsel confirmed that the Plaintiffs do not oppose the requested relief sought by Defendant in this motion.

6. Thus, Defendant requests an extension of time, up to and including March 19, 2026, by when to file his responsive pleading to the Complaint.

7. As this action is still in its infancy, no party will be prejudiced by granting this extension of time.

8. This motion is not being made in bad faith or for any undue purpose of delay.

WHEREFORE, Defendant, JAMES L. WILKES, II, respectfully requests that the Court grant this Motion for Extension of Time to Respond to the Complaint and enter an Order allowing Defendant, JAMES L. WILKES, II, an extension of time, up to and including March 19, 2026, by when to file his responsive pleading to the Complaint.

## LOCAL RULE 3.01(g) CERTIFICATE

Pursuant to Local Rule 7.1(a)(3), I hereby certify that counsel for the movant has conferred with Plaintiffs' counsel and is authorized to represent that Plaintiffs agree on the resolution of all of the Motion.

Dated: February 10, 2026

    Respectfully submitted,

    LITCHFIELD CAVO LLP

By: *Geralyn M. Passaro, Esq.*
    Geralyn M. Passaro, Esq.
    Florida Bar No.: 613533
    Litchfield Cavo, LLP

Radice Corporate Center
800 Corporate Drive, Suite 500
Fort Lauderdale, Florida 33334
(954) 689-3000 - Office
(954) 689-3001 – Facsimile
E-Mail:  Passaro@litchfieldcavo.com
E-Mail:  donaldson@litchfieldcavo.com
E-Mail:  caruso@litchfieldcavo.com
*Attorneys for JAMES L. WILKES, II*

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE
DISTRICT OF FLORIDA- TAMPA DIVISION

MARCOSQUARED, LLC;
MARCO MORANTE; and
CHRISTOPHER PSAILA,  **Case No.: 8:25-cv-3146-CEH-LSG**

    Plaintiffs,
vs.

JAMES L. WILKES, II,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on February 26, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices Of Electronic Filing.

                       By:   *Geralyn M. Passaro, Esq.*
                             Geralyn M. Passaro, Esq.
                             Florida Bar No.:  613533
                             Litchfield Cavo, LLP
                             Radice Corporate Center
                             800 Corporate Drive, Suite 500
                             Fort Lauderdale, Florida 33334
                             (954) 689-3000 - Office
                             (954) 689-3001 – Facsimile
                             E-Mail:  Passaro@litchfieldcavo.com
                             E-Mail:  donaldson@litchfieldcavo.com
                             E-Mail:  caruso@litchfieldcavo.com
                             *Attorneys for JAMES L. WILKES, II*

## **SERVICE LIST**

## **MARCOSQUARED, LLC, MARCO MORANTE, and CHRISTOPHER PSAILA v. JAMES L. WILKES, II,**

### CASE NO.: 8:25-cv-3146-CEH-LSG

### United States District Court, Middle District of Florida

Bruce Bernard Bealke
BealkeLaw
77 W Wacker Drive
Suite 45001
Chicago, IL 60601
Tel: (312) 216-7177
Fax: (312)741-1010
bealkelaw@protonmail.com
Pro Hac Vice
*Counsel for Plaintiffs*

Stephen Ellis Syfrett
Williams and Syfrett, P.A.
502 Harmon Avenue
Panama City, FL 32401
Tel: (850)692-9612
syfrettlaw@gmail.com
*Counsel for Plaintiffs*