## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

MARCOSQUARED, LLC, MARCO
MORANTE, and CHRISTOPHER
PSAILA,

      Plaintiffs,

v.                                                                  Case No: 8:25-cv-3146-CEH-LSG

JAMES L. WILKES, II,

      Defendant.

_____

## ORDER TO SHOW CAUSE

Plaintiffs, Marcosquared, LLC; Marco Morante, and Christopher Psaila, are hereby **ORDERED TO SHOW CAUSE** by a written response filed within **fourteen (14)** days from the date of this Order why this case should not be dismissed, pursuant to Local Rule 3.10, for lack of prosecution due to the non-filing of a **Case Management Report** within the time prescribed by Local Rule 3.02.

In pertinent part, Local Rule 3.02 requires the parties to file the case management report "within forty days after any defendant appears in an action originating in this court." M.D. Fla. L.R. 3.02(b)(1).  Defendant first appeared in this action on February 9, 2026 (Doc. 18). More than forty days have passed, and the parties have not filed their Case Management Report.

Plaintiffs' written response is due by April 14, 2026.

**Failure to respond will result in this action being dismissed without further notice.**

**DONE AND ORDERED** in Tampa, Florida on March 31, 2026.

Charlene Edwards Honeywell
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties

2