# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

MARCOSQUARED, LLC, MARCO
MORANTE, and CHRISTOPHER
PSAILA,

      Plaintiffs,

v.                                                                    Case No: 8:25-cv-3146-CEH-LSG

JAMES L. WILKES, II,

      Defendant.
_____

## ORDER

This cause comes before the Court on review of the Plaintiff's Response to Order to Show Cause (Doc. 27) and the parties' Case Management Report (Doc. 28) filed on April 14, 2026, in response to the Court's Order to Show Cause, entered on March 31, 2026 (Doc. 25). After review of the parties' Case Management Report (Doc. 28) and the Plaintiff's response (Doc. 27), the Court will take no further action on the Order to Show Cause (Doc. 25) and it is hereby **DISCHARGED**.

**DONE AND ORDERED** in Tampa, Florida on April 14, 2026.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
Counsel of Record
Unrepresented Parties, if any