IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE
DISTRICT OF FLORIDA - TAMPA DIVISION

MARCOSQUARED, LLC;
MARCO MORANTE; and
CHRISTOPHER PSAILA,                           Case No.: 8:25-cv-3146-CEH-LSG

      Plaintiffs,

vs.

JAMES L. WILKES, II,

      Defendant.

_____/

**DEFENDANT, JAMES L. WILKES, II, MOTION FOR LEAVE TO REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**

Defendant, JAMES L. WILKES, II, by and through his undersigned counsel, and pursuant to United States District Court Middle District of Florida Rule 3.01, hereby files this Motion for Leave to Reply to Plaintiffs', MARCOSQUARED, LLC, MARCO MORANTE, and CHRISTOPHER PSAILA, Response to Defendant's Motion to Dismiss First Amended Complaint and Demand for Jury Trial (the "Complaint") and in support thereof states as follows:

1. Plaintiffs, MARCOSQUARED, LLC, MARCO MORANTE, and CHRISTOPHER PSAILA, have sued Defendant JAMES L. WILKES, II, for one count of abuse of process and another count for conspiracy to abuse process.

2. On March 19, 2026, Defendant filed his Motion to Dismiss Plaintiffs' First Amended Complaint. [D.E. 21].

3. On April 2, 2026, Plaintiffs filed their Response to Defendant's Motion to Dismiss. [D.E. 26].

1

4. Because of the significance to Defendant in obtaining a dismissal of Plaintiffs' First Amended Complaint, and in order to be fair with this Court, it is necessary and appropriate for Defendant to provide the Court with all of the facts, arguments and case law refuting Plaintiffs' Response.

5. Therefore a Reply Brief is important since Plaintiff's Response goes beyond the four corners of the First Amended Complaint and the case law cited does not support Plaintiffs' arguments.

6. Defendant's Reply shall not exceed five pages.

7. Plaintiffs do not agree with the relief sought in this Motion.

WHEREFORE, Defendant, JAMES L. WILKES, II, respectfully requests this Honorable Court to grant this Motion for Leave of Court to File a Reply to Plaintiffs', MARCOSQUARED, LLC, MARCO MORANTE, and CHRISTOPHER PSAILA Response to Defendant's Motion to Dismiss Plaintiff's First Amended Complaint and further relief as this Court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 14, 2026, I electronically filed the foregoing document using CM/ECF.

By:  /s/ *Geralyn Passaro*
Geralyn M. Passaro, Esq.
Florida Bar No.:  613533
Litchfield Cavo, LLP
Radice Corporate Center
800 Corporate Drive, Suite 500
Fort Lauderdale, Florida 33334
(954) 689-3000 – Office
(954) 689-3001 – Facsimile
E-Mail:  Passaro@litchfieldcavo.com
E-Mail:  donaldson@litchfieldcavo.com
E-Mail:  caruso@litchfieldcavo.com
*Attorneys for JAMES L. WILKES, II*