IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE
DISTRICT OF FLORIDA- TAMPA DIVISION

MARCOSQUARED, LLC;
MARCO MORANTE; and
CHRISTOPHER PSAILA,

Case No.: 8:25-cv-3146-CEH-LSG

Plaintiffs,

vs.

JAMES L. WILKES, II,

Defendant.

_________________________/

**DEFENDANT, JAMES L WILKES II, MOTION TO STRIKE PLAINTIFFS' SUGGESTIONS IN SUPPORT OF PLAINTIFFS' SECOND AMENDED COMPLAINT**

Defendant, JAMES L. WILKES, II. ("Defendant"), by and through the undersigned attorneys and pursuant to Federal Rule of Civil Procedure 12 and Local Rule 3.01, respectfully moves this Honorable Court to strike Plaintiffs, MARCOSQUARED, MARCO MORANTE, and CHRISTOPHER PSAILA, Suggestions in Support of Plaintiffs' Second Amended Complaint [D.E. 57-1], and states as follows:

## I. INTRODUCTION

1. In conjunction with the Second Amended Complaint, Plaintiffs have improperly filed "Suggestions in Support of Plaintiffs' Second Amended Complaint," which was filed along with Plaintiffs' Second Amended Complaint. [D.E. 57-1].

2. It appears that this is directed to a preemptive Motion to Dismiss, which was not yet filed.

3. Plaintiffs are prematurely asking the Court to consider why their Second Amended Complaint should not be dismissed and arguing how it is in compliance with the Court's prior Order.

4. Local Rule 3.01 of the Middle District of Florida provides that a "[e]xcept for a reply to a motion for summary judgment or a reply brief in a social security action, no party may reply without leave." *See Local Rule of the Middle District of Florida 3.01(e)*.

5. Plaintiffs have not sought leave to file a Reply, as once again there is no pending motion to dismiss to reply to.

6. Further, Federal Rule of Civil Procedure 12(f) provides that a court "may strike from a pleading an insufficient defense or any redundant, immaterial, impertinent, or scandalous matter." Fed. R. Civ. P. 12(f).

7. Fed. R. Civ. P. 12(f) defines "Immaterial" as matter is that which has no essential or important relationship to the claim for relief and "Impertinent" as matters consists of statements that do not pertain to the issues in question.

8. Plaintiffs' Suggestions in Support of Plaintiffs' Second Amended Complaint is immaterial and impertinent at this time.

For the foregoing reasons, the Defendant, JAMES L. WILKES, II, moves this Court to issue an Order to Strike Plaintiffs' Suggestion in Support of Plaintiffs' Second Amended Complaint which was filed along with Plaintiffs' Second Amended Complaint, deny any future Motion to file Reply Brief in connection herein and grant such other and further relief as this Court deems just and proper.

**LOCAL RULE 3.01(g) CERTIFICATION**

Defendant conferred with Plaintiff via email correspondence on August 13, 2026. Plaintiff did not agree on all or part of the resolution of Defendant's Motion.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 14, 2026, the foregoing document was filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

LITCHFIELD CAVO LLP
Attorneys for James L. Wilkes, II
Radice Corporate Center
800 Corporate Drive, Suite 500
Fort Lauderdale, Florida 33334
(954) 689-3000 - Office
(954) 689-3001 – Facsimile
E-Mail: Passaro@litchfieldcavo.com
E-Mail; sundar@litchfieldcavo.com
E-Mail: donaldson@litchfieldcavo.com
E-Mail: caruso@litchfieldcavo.com

By: /s/*Geralyn M. Passaro*
Geralyn M. Passaro, Esq.
Florida Bar No.: 613533
Javiera B. Sundar, Esq.
Florida Bar No.: 1002854