IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA - TAMPA DIVISION

MARCOSQUARED, LLC;
MARCO MORANTE; and
CHRISTOPHER PSAILA,

Case No.: 8:25-cv-3146-CEH-LSG

Plaintiffs,

vs.

JAMES L. WILKES, II,

Defendant.

_______________________________________/

**SUPPLEMENT TO DEFENDANT, JAMES L. WILKES, II, REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO DISMISS SECOND AMENDED COMPLAINT AND MOTION TO STRIKE PLAINTIFFS' SUGGESTIONS IN SUPPORT OF SECOND AMENDED COMPLAINT**

Defendant, JAMES L. WILKES, II, by and through his undersigned counsel, and pursuant to Federal Rule of Civil Procedure 12(b)(6) and United States District Court Middle District of Florida Rule 3.01, hereby files this Supplement to its Reply to Plaintiffs, MARCOSQUARED, LLC, MARCO MORANTE, and CHRISTOPHER PSAILA, Response to Defendant's Motion to Dismiss Second Amended Complaint and Motion to Strike Plaintiffs' Suggestions in Support of Second Amended Complaint:

**Order dated October 5, 2026 from the Circuit Court of Miami-Dade County, Florida in the case, *Marco Morante v Erika Girardi et.al.*, Case No. 2024-015118-CA-01**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 29, 2026, I electronically filed the foregoing document using CM/ECF.

By: /s/ *Geralyn Passaro*

Geralyn M. Passaro, Esq.
Florida Bar No.: 613533
Litchfield Cavo, LLP
Radice Corporate Center
800 Corporate Drive, Suite 500
Fort Lauderdale, Florida 33334
(954) 689-3000 – Office
(954) 689-3001 – Facsimile
E-Mail: Passaro@litchfieldcavo.com
E-Mail: donaldson@litchfieldcavo.com
E-Mail: caruso@litchfieldcavo.com
*Attorneys for JAMES L. WILKES, II*

Filing # 258485048 E-Filed 10/05/2026 12:15:13 PM

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

**IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA**

CASE NO: 2024-015118-CA-01
SECTION: CA07
JUDGE: Daryl E. Trawick

**Marco Morante**

Plaintiff(s)

vs.

**Erika Girardi et al**

Defendant(s)

_______________________________/

**AMENDED ORDER GRANTING DEFENDANT ERIKA GIRARDI'S MOTION TO DISMISS MARCO MORANTE'S AMENDED COMPLAINT**

**THIS CAUSE** came before the Court on September 30, 2026, for a hearing on Defendant Erika Girardi's Motion to Dismiss Marco Morante's Amended Complaint. The Court, having heard arguments of Counsel, reviewed the Motion, the Response, and all attachments thereto, and being otherwise fully advised in the premises, hereby

**ORDERS AND ADJUDGES** that Erika Girardi's Motion to Dismiss Marco Morante's Amended Complaint is **GRANTED.** For the reasons stated on the record, the Court does not feel the Amendments to Plaintiff's Complaint change the Court's prior findings. The Court readopts its previous findings and legal conclusions stated on the record at the Hearing on Defendants' Motion to Dismiss on April 10, 2026. The Court adds that this case is distinguishable from *Internet Sols. Corp. v. Marshall*, 39 So. 3d 1201, 1203 (Fla. 2010) because, in that case, the Plaintiff was a Florida resident. Given all of the facts that have been alleged in the original and amended complaint, the Court finds that permitting another amendment would be futile. The Complaint against Ms. Girardi is therefore **DISMISSED WITHOUT LEAVE TO AMEND**.

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this 5th day of October, 2026.

2024-015118-CA-01 10-05-2026 12:07 PM

2024-015118-CA-01 10-05-2026 12:07 PM
Hon. Daryl E. Trawick

**CIRCUIT COURT JUDGE**
Electronically Signed

No Further Judicial Action Required on **THIS MOTION**

CLERK TO **RECLOSE** CASE IF POST JUDGMENT

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

**Electronically Served:**

- Alexander F. Rojas: arojas@rojaslawfirm.com
- Bruce Bealke Mr: Bealkelaw@protonmail.com
- Bruce Bealke Mr: Bbealke@gmail.com
- Elise Kyla Haverman: ehaverman@steptoe.com
- Elise K. Haverman: ehaverman@steptoe.com
- Elise K. Haverman: docketing@steptoe.com
- James L Wilkes II: JimW@yourcasematters.com
- James L Wilkes II: jlwstaff@yourcasematters.com
- James L Wilkes II: Fl@yourcasematters.com
- Jason Paul Stearns: jstearns@sgrlaw.com
- Jason Paul Stearns: aeperez@sgrlaw.com
- Virginia Williams: vwilliams@sgrlaw.com
- Jenna Garmon: jenna@garmonlawpc.com
- Jenna Garmon: eservice@garmonlawpc.com
- Jenna Garmon: office@garmonlawpc.com
- Bruce B. Bealke: BealkeLaw@protonmail.com
- Jonathan Edward Freidin: jf@freidinbrown.com
- Jonathan Edward Freidin: aa@freidinbrown.com
- Jonathan Edward Freidin: pleadings@freidinbrown.com
- Jose I. Rojas: jrojas@rojaslawfirm.com
- Jose I. Rojas: arojas@rojaslawfirm.com
- Jose I. Rojas: ayaffey@rojaslawfirm.com
- Philip Freidin: pf@freidinbrown.com
- Philip Freidin: ko@freidinbrown.com
- Philip Freidin: gm@freidinbrown.com
- Sarah Glasser: sg@freidinbrown.com
- Sarah Glasser: df@freidinbrown.com
- Sarah Glasser: eg@freidinbrown.com
- Sarah Glasser: sg@freidinbrown.com
- Sarah Glasser: ac@freidinbrown.com
- Sarah Glasser: pleadings@freidinbrown.com